UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NERI TAWFIQ,

                Plaintiff,

v.

TERESA DUFRESNE,

                Defendant.

_____/

Case No. 21-cv-10976

Paul D. Borman
United States District Judge

Patricia T. Morris
United States Magistrate Judge

**ORDER:**
**(1) ADOPTING MAGISTRATE JUDGE PATRICIA T. MORRIS'S NOVEMBER 30, 2021 REPORT AND RECOMMENDATION (ECF NO. 7); (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 4); AND (3) DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT WITHOUT PREJUDICE**

On November 30, 2021, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to grant Defendant's Motion for Summary Judgment. (ECF No. 7, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1)    Magistrate Judge Morris's November 30, 2021 Report and Recommendation (ECF No. 7) is ADOPTED;

(2) Defendant's Motion for Summary Judgment (ECF No. 4) is GRANTED;

and

(3) this Case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

s/Paul D. Borman

Dated: December 21, 2021           Paul D. Borman
                                   United States District Judge